1  ROBERT C. SCHUBERT (S.B.N. 62684)
   (rschubert@sjk.law)
2  WILLEM F. JONCKHEER (S.B.N. 178748)
   (wjonckheer@sjk.law)
3  NOAH M. SCHUBERT (S.B.N. 278696)
4  (nschubert@sjk.law)
   **SCHUBERT JONCKHEER & KOLBE LLP**
5  Three Embarcadero Center, Suite 1650
   San Francisco, California 94111
6  Telephone:   (415) 788-4220
7  Facsimile:   (415) 788-0161

8  *Interim Lead Counsel*

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11                    **SAN JOSE DIVISION**

12

| | |
|---|---|
| IN RE ARRIS CABLE MODEM CONSUMER LITIGATION | **No. 17-cv-1834-LHK** |
| This Document Relates To: All Actions | **PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULES 7-11, 79-5(d) & 79-5(e) TO FILE UNDER SEAL PORTIONS OF MOTION FOR LEAVE TO FILE THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

1   Pursuant to the Northern District of California's Civil Local Rules 7-11, 79-5(d), and 79-
2   5(e), Plaintiffs respectfully submit this administrative motion for an order to seal Exhibit B to
3   Plaintiffs' Notice of Motion and Motion for Leave to File Third Amended Consolidated Class
4   Action Complaint (the "Motion for Leave").
5       Exhibit B to Plaintiffs' Motion for Leave contains the unredacted version of Plaintiffs'
6   proposed Third Amended Consolidated Class Action Complaint ("TAC"). Plaintiffs believe it is
7   necessary to file portions of the TAC under seal because it references documents designated as
8   "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by
9   Defendant or by nonparty Intel Corporation pursuant to the parties' Stipulated Protective Order
10  for Standard Litigation, ECF No. 28 ("Standard Protective Order"), and Supplemental Stipulated
11  Protective Order Regarding Intel, ECF No. 37 ("Intel Protective Order").
12      Plaintiffs only seek to file under seal those portions of the TAC that reference documents
13  that Defendant or nonparty Intel Corporation designated as "CONFIDENTIAL" or "HIGHLY
14  CONFIDENTIAL – ATTORNEYS' EYES ONLY." Plaintiffs' sole basis for sealing these
15  portions of the Complaint is the confidentiality designations made by Defendant and nonparty
16  Intel Corporation pursuant to the Standard Protective Order and the Intel Protective Order.
17      Pursuant to Civil Local Rule 79-5(e), Plaintiffs have identified the pages of the TAC that
18  reference confidential information. A redacted version of the TAC will be filed electronically on
19  the CM/ECF docket with this motion. An unredacted version of the TAC will be submitted
20  conditionally under seal with this motion. The redacted and unredacted versions of the TAC will
21  be concurrently provided to the Court and served on the Defendant and nonparty Intel
22  Corporation.

| **References to Confidential Information in Plaintiffs' Consolidated Second Amended Class Action Complaint** ||
| Page | Line(s) |
| --- | --- |
| 1 | 12 |
| 17 | 18-19 |
| 18 | 1-9, 11-12, 17-19, 25 |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
No. 17-cv-1834-LHK

1

| | |
|---|---|
| 19 | 1-6, 8-15, 17-28 |
| 20 | 1-2, 4-6, 8-10, 12-14 |
| 21 | 5-11, 13-18, 20-25 |
| 23 | 9-21 |
| 24 | 1-5 |
| 28 | 18-24 |
| 29 | 1-26 |
| 30 | 1-4, 6-28 |
| 31 | 1-21 |
| 32 | 1-25 |
| 33 | 2-3, 5-14, 16-28 |
| 34 | 2-7, 10-25, 27 |
| 35 | 1-16, 18-27 |
| 36 | 7, 9-24 |
| 37 | 1-21 |
| 38 | 7-26 |
| 39 | 6-10, 25-27 |
| 40 | 1, 3-16, 18-22 |
| 41 | 9-10, 14-16, 18-25 |
| 42 | 1-9, 11-18, 20-22 |

Dated: February 6, 2018      **SCHUBERT JONCKHEER & KOLBE LLP**

/s/ Noah M. Schubert
ROBERT C. SCHUBERT
WILLEM F. JONCKHEER
NOAH M. SCHUBERT
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

*Interim Lead Counsel*