ROBERT C. SCHUBERT (S.B.N. 62684)
(rschubert@sjk.law)
WILLEM F. JONCKHEER (S.B.N. 178748)
(wjonckheer@sjk.law)
NOAH M. SCHUBERT (S.B.N. 278696)
(nschubert@sjk.law)
**SCHUBERT JONCKHEER & KOLBE LLP**
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone:     (415) 788-4220
Facsimile:     (415) 788-0161

*Interim Lead Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE ARRIS CABLE MODEM CONSUMER LITIGATION<br><br>This Document Relates To: All Actions | **No. 17-cv-1834-LHK**<br><br>**DECLARATION OF NOAH M. SCHUBERT IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULES 7-11, 79-5(d) & 79-5(e) TO FILE UNDER SEAL PORTIONS OF MOTION FOR LEAVE TO FILE THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

I, NOAH M. SCHUBERT, declare as follows:

1. I am a partner with the law firm Schubert Jonckheer and Kolbe LLP, counsel for Plaintiffs in this action. I am a member of the California bar and admitted to this Court. I make this declaration in support of Plaintiffs' Administrative Motion Pursuant to Civil Local Rules 7-11, 79-5(d) & 79-5(e) to File Under Seal portions of Motion for Leave to File Third Amended Consolidated Class Action Complaint.

2. Plaintiffs only seek to seal Exhibit B to Plaintiffs' Motion for Leave to file Third Amended Consolidated Class Action Complaint ("Motion for Leave"). Exhibit B to Plaintiffs' Motion for Leave contains the unredacted version of Plaintiffs' proposed Third Amended Consolidated Class Action Complaint ("TAC").

3. Plaintiffs move to seal the following portions of the TAC:

| References to Confidential Information in Plaintiffs' Second Amended Consolidated Class Action Complaint ||
| --- | --- |
| Page | Line(s) |
| 1 | 12 |
| 17 | 18-19 |
| 18 | 1-9, 11-12, 17-19, 25 |
| 19 | 1-6, 8-15, 17-28 |
| 20 | 1-2, 4-6, 8-10, 12-14 |
| 21 | 5-11, 13-18, 20-25 |
| 23 | 9-21 |
| 24 | 1-5 |
| 28 | 18-24 |
| 29 | 1-26 |
| 30 | 1-4, 6-28 |
| 31 | 1-21 |
| 32 | 1-25 |
| 33 | 2-3, 5-14, 16-28 |
| 34 | 2-7, 10-25, 27 |
| 35 | 1-16, 18-27 |
| 36 | 7, 9-24 |

DECLARATION OF NOAH M. SCHUBERT IN SUPPORT OF
PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
No. 17-cv-1834-LHK

| | |
|---|---|
| 37 | 1-21 |
| 38 | 7-26 |
| 39 | 6-10, 25-27 |
| 40 | 1, 3-16, 18-22 |
| 41 | 9-10, 14-16, 18-25 |
| 42 | 1-9, 11-18, 20-22 |

4. These portions of the TAC reference documents that have been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Defendant or by nonparty Intel Corporation pursuant to the parties' Stipulated Protective Order for Standard Litigation, ECF No. 28, and Supplemental Stipulated Protective Order Regarding Intel, ECF No. 37.

5. Redacted versions of the TAC will be filed electronically on the CM/ECF docket with this motion. An unredacted version of the TAC will be submitted conditionally under seal with this motion. The redacted and unredacted versions of the TAC will be concurrently provided to the Court and served on the Defendant and nonparty Intel Corporation.

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of February 2018 in San Francisco, California.

/s/Noah M. Schubert
Noah M. Schubert