UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ARRIS CABLE MODEM CONSUMER LITIGATION | Case No. 17-CV-01834-LHK<br><br>**CASE MANAGEMENT ORDER** |

On August 20, 2019, the Court granted Defendant Arris's motion for summary judgment as to Plaintiffs' California claims and dismissed Plaintiffs' unjust enrichment claim as abandoned. ECF No. 224. The Court then referred the parties to private mediation with a completion deadline of November 1, 2019 and set a case management conference for November 20, 2019 at 2 p.m. ECF No. 226.

In the event this case does not settle, the parties shall submit a joint case management statement of no more than five pages on November 13, 2019. The parties shall discuss in their joint case management statement whether the remaining non-California claims in this case should be transferred to another venue, and whether a motion to transfer venue should be litigated.

**IT IS SO ORDERED.**

Case No. 17-CV-01834-LHK
CASE MANAGEMENT ORDER

1

Dated: September 9, 2019

_____
LUCY H. KOH
United States District Judge

2

Case No. 17-CV-01834-LHK
CASE MANAGEMENT ORDER