United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREG KNOWLES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARRIS INTERNATIONAL PLC,<br><br>    Defendant. | Case No. 17-CV-01834-LHK<br><br>**JUDGMENT** |

On August 20, 2019, the Court GRANTED Defendant's motion for summary judgment as to Plaintiffs' California class claims. ECF No. 224. On November 13, 2019, Plaintiffs voluntarily dismissed without prejudice all other claims. ECF No. 238. Accordingly, the Clerk shall enter judgment in favor of Defendant and close the file.

**IT IS SO ORDERED.**

Dated: November 14, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No. 17-CV-01834-LHK
JUDGMENT

1