UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 07 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GREG KNOWLES and BRIAN ALEXANDER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs - Appellants,<br><br>and<br><br>CARLOS REYNA; et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARRIS INTERNATIONAL PLC,<br><br>    Defendant - Appellee,<br><br>v.<br><br>INTEL CORPORATION. | No. 19-17468<br><br>D.C. No. 5:17-cv-01834-LHK<br>U.S. District Court for Northern California, San Jose<br><br>**MANDATE** |

The judgment of this Court, entered May 14, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7